IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **WAYLON WOODS** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| **COLONY SPECIALTY** | § | 6:15-CV-00139-MHS |
| **INSURANCE COMPANY and** | § | |
| **ARGONAUT MIDWEST** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ON PARTIAL DISMISSAL WITHOUT PREJUDICE

ON THIS DAY came before the Court Plaintiff Waylon Woods Unopposed Motion of Partial Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a).

After careful consideration, the Court is of the opinion that the motion is good, and should therefore be **GRANTED.**

IT IS THEREFORE ORDERED that all claims of Plaintiff Woods against Defendant Colony Specialty Insurance Company be and are hereby DISMISSED WITHOUT PREJUDICE. This Order does not affect Plaintiff Woods' claims against Defendant Argonaut Midwest Insurance Company.

It is SO ORDERED.

SIGNED this 11th day of May, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE