**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **WAYLON WOODS** | § | |
| | § | |
| **v.** | § | **Case No. 6:15-cv-139** |
| | § | |
| **COLONY SPECIALTY INSURANCE** | § | |
| **COMPANY and ARGONAUT MIDWEST** | § | |
| **INSURANCE COMPANY** | § | |

**<u>FINAL JUDGMENT</u>**

 **IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is

**DISMISSED WITH PREJUDICE** pursuant to Plaintiff Waylon Woods's Unopposed Motion

to Dismiss with Prejudice (Doc. No. 36).

 All motions by either party not previously ruled on are hereby **DENIED**.

 **SIGNED this 31st day of May, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE